# United States Court of Appeals
## For the First Circuit

No. 15-1295

UNITED STATES

Appellee,

v.

JOSE LATORRE-CACHO,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on October 25, 2017, is amended as follows:

On Page 3, line 17: "about it what" is replaced with "about what"